# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eric McGhie, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00101-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| G. Headen | ) | |
| John Doe | | |
| Mecklenburg County | | |
| John Doe | | |
| John Doe, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2018 Order.

February 22, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court